**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Cynthia King | : | Case No. 21-11275-ELF |
| Debtor | : | |
| | : | |

**MOTION TO EXPEDITE HEARING ON DEBTOR'S
MOTION TO SELL REAL PROPERTY FREE AND CLEAR**

Cynthia King, (the "Debtor"), by and through her attorneys, hereby submits this Motion to

Expedite Hearing on Debtor's Motion to Sell Real Property Free and Clear (the "Motion"), and in support

thereof respectfully submits as follows:

1.      The Debtor filed a voluntary petition under chapter 13 the Bankruptcy Code on May 03,

2021 (the "Petition Date").

2.      On June 01, 2021, the Debtor filed her schedules of assets and liabilities and statement of

financial affairs (the "Schedules").

3.      The Sceheules reflect, among other things, that the Debtor owns real property located at

4104 Sofia Lane, Boothwyn, Pennsylvania.

4.      On or about September 24, 2021, the Debtor and Theresa Costa (the "Buyer") entered

into a Contract for Purchase of the Property (the "Sales Contract") for a purchase price of Two Hundred

Fifty-Five Thousand Dollars ($255,000.00). A copy of the Sales Contract is attached as Exhibit A to the

Motion.

5.      On October 07, 2021, the Debtor filed the Motion to sell the Property [D.I. No. ]

6.      Cause exists for an expedited hearing because closing on the Property is scheduled to

occur on November 04, 2021, which is the same date that the Motion would be heard absent expedited

relief pursuant to the Court's calendar.

7.      Extending the closing date of the Property runs the risk of the Buyer walking away from purchasing the Property. Prior to this Buyer, the Debtor had a previous buyer walk away from the Property due to the inability to close quickly.

8.      Accordingly, for the reasons stated above, cause exists for an expedited hearing on the Debtor's Motion to Vacate Dismissal Order.

9.      Counsel to the NEWREZ LLC d/b/a Shellpoint Mortgage Servcing, the mortgagee of the Property, has consented to an expedited hearing pursuant to L.B.R. 5070-1 Subdivision (g).

WHEREFORE, Debtor respectfully requests that this Honorable Court grant this Motion and set a hearing date on or before October 28, 2021.

Dated: October 08, 2021                      Respectfully submitted,

                                             **JENSEN BAGNATO, P.C.**

                                             By: /s/ *Jeffrey M. Carbino*
                                                 Jeffrey M. Carbino (P.A. 71614)
                                                 1500 Walnut Street Suite 1510
                                                 Philadelphia, PA 19102
                                                 Telephone: (215) 546-4700/Fax: (215) 546-7440
                                                 Email: jeffrey@jensenbagnatolaw.com

                                             *Counsel to the Debtor*